UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEON FRIEDMAN and MARILYN
FRIEDMAN,

    Plaintiffs,

v.                            CASE NO. 8:05-cv-899-T-30TBM

AMERICAN HONDA FINANCE
CORPORATION, EQUIFAX, INC.,
EXPERIAN INFORMATION
SOLUTIONS, INC., and TRANS
UNION LLC,

    Defendants.
_____)

## ORDER OF DISMISSAL AS TO DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC., ONLY

THIS CAUSE comes before the Court upon the parties' Joint Motion to Drop Experian as a Party and to Dismiss, With Prejudice, All Claims Against Experian (Dkt. #23). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.    The Joint Motion to Drop Experian as a Party and to Dismiss, With Prejudice, All Claims Against Experian (Dkt. #23) is GRANTED.

2.    Defendant Experian Information Solutions, Inc. is hereby dropped as a party to this litigation, and all of the Plaintiffs' claims against Experian Information Solutions, Inc. are hereby dismissed, with prejudice. Each party will bear its own costs and attorneys' fees.

**DONE** and **ORDERED** in Tampa, Florida on October 25, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

S:\Odd\2005\05-cv-899.partial dismissal 23.wpd