UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LEON FRIEDMAN and**
**MARILYN B. FRIEDMAN,**

    **Plaintiffs,**

**v.**　　　　　　　　　　　　　　　　　　　　　　**Case No.  8:05-cv-899-T-30TBM**

**AMERICAN HONDA FINANCE**
**CORPORATION and EQUIFAX, INC.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL AS TO DEFENDANT, EQUIFAX, INC., ONLY

    The Court has been advised via Defendant Equifax, Inc.'s Notice of Settlement With Plaintiffs (Dkt. #30) that the above-styled action has been settled as to Defendant, Equifax, Inc., only.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

    **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice **as to Defendant, Equifax, Inc., only,** subject to the right of either party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for either party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice as to Defendant, Equifax, Inc., only.

    DONE and ORDERED in Tampa, Florida on March 3, 2006.

                                                JAMES S. MOODY, JR.
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-899.dismiss equifax.wpd