UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LEON FRIEDMAN, et al.,**

    **Plaintiffs,**

**v.**                                                        Case No.  8:05-cv-899-T-30TBM

**AMERICAN HONDA FINANCE CORPORATION,**

    **Defendants.**
_____/

## **ORDER OF DISMISSAL**

Before the Court is the Stipulation of Settlement of Plaintiffs' Claims Against American Honda Finance Corporation (Dkt. #34).  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1.     The Stipulation of Settlement (Dkt. #34) is APPROVED.

2.     This cause is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

3.     All pending motions are denied as moot.

4.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 13, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2005\05-cv-899.dismissal 34.wpd